JS-6

Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN TEXTILES, INC., a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> JUNIOR PLUS, *et al*. <br><br> Defendants. | Case No. CV14-5476-SJO (JCx) <br> <u>Hon. S. James Otero Presiding</u> <br><br> **ORDER ON STIPULATION TO DISMISS ACTION** |

1

[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This Action is dismissed with prejudice; and
2. All parties will bear their own costs and attorney's fees incurred against one another in this action.

SO STIPULATED.

Date: June 11, 2015        By:  *S. James Otero*
                                HON. S. JAMES OTERO
                                UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION